# Exhibit J



# KLEHR HARRISON
# HARVEY BRANZBURG LLP

Denise M. Day
Direct Dial: 215-569-1597
Email: DDay@klehr.com

August 16, 2022

**VIA EMAIL (KJFLEISHER@ZARWIN.COM)**

Zarwin Baum DeVito Kaplan Schaer Toddy P.C.
1818 Market Street, 13th Floor
Philadelphia, PA 19103-3638
Attn: Kenneth J. Fleisher, Esquire

**Re:** **Lease dated November 28, 1973, recorded in Deed Book D.C.C. 515, Page 466, as amended (collectively, the "Lease")**

Dear Ken:

As you are well aware, we are counsel to Kiryat Greenbriar, L.P., a Pennsylvania limited partnership ("Greenbriar"), the owner of the Greenbriar Club Apartments (the "Greenbriar Property") and the landlord under the Lease between Greenbriar your client, Pavilion Apartments Penn LLC ("Pavilion"), for the Pavilion Apartments (the "Pavilion Property"). Capitalized terms used herein as defined terms that are not otherwise defined herein shall have the meanings ascribed to such terms in the Lease.

Pavilion has defaulted in its obligations under the Lease, by reason of, among other things, its failure to pay rent for the months of February, March, April, May, June, July and August, utilities for the months of January, February, March, April, May, June and July and Greenbriar's legal fees and costs incurred in connection with the enforcement of Pavilion's obligations under the Lease (the "Specified Existing Payment Default").

The Specified Existing Payment Default permits Greenbriar to exercise all rights and remedies available to it under the Lease and any other documents or agreements relating thereto (the "Lease Documents").

As a result of the Specified Existing Payment Default, Greenbriar has elected to accelerate the Tenant's obligations under the Lease, including the payment of all rent and other sums now due or hereafter becoming due under the Lease and also has elected to exercise its right to terminate the Lease. In the event that the Specified Existing Payment Default is not cured by Tenant, Leasehold Mortgagee or Lender as permitted under the Lease, the Lease shall terminate effective on October 16, 2022.

Nothing herein contained is intended to be, or shall be construed as, a waiver of any other currently existing defaults or any of Greenbriar's rights under the terms of the Lease or any of the other Lease

1835 MARKET STREET | SUITE 1400 | PHILADELPHIA, PA 19103 | t 215.569.2700 | f 215.568.6603 | www.klehr.com
PENNSYLVANIA | NEW JERSEY | DELAWARE | NEW YORK

10131364.v1



Zarwin Baum DeVito Kaplan Schaer Toddy P.C.
Attn: Kenneth J. Fleisher, Esquire
August 16, 2022
Page 2

Documents or applicable law. Greenbriar reserves all rights and remedies pursuant to the terms of the Lease, the Lease Documents and applicable law.

Very truly yours,

Denise M. Day

cc: Joseph Yeh (via email)
Andrew Marrinucci (via email)
Frank M. Correll (via email)
Dawn M. Tancredi, Esquire (via email)
Naftali Levenbrown (via email: naftali@aloftmgt.com)
Alexandra Herman (via email: aherman@aloftmgt.com)
Jonathan Balsam (via email: jbalsam@aloftmgt.com)
David Helfgott (via email: david@pfholdingsllc.com)
Chaim Puretz (via email: chaikel@pfholdingsllc.com)
Aron Puretz (via email: aron@pfholdingsllc.com)
Pavilion Apartments Penn LLC (via certified mail, return receipt requested)
Meredith Rosenbeck, Esquire (via certified mail, return receipt requested)
Wilmington Trust, National Association (via certified mail, return receipt requested)