IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE OF THE $29,615,000 PHILADELPHIA AUTHORITY FOR INDUSTRIAL DEVELOPMENT SENIOR HOUSING REVENUE BONDS (THE PAVILION),**<br><br>Plaintiff,<br><br>v.<br><br>**PAVILION APARTMENTS PENN LLC,**<br><br>Defendant. | **CIVIL ACTION**<br><br>**NO. 2:22-cv-03985-GJP**<br><br>**Judge Gerald J. Pappert** |

**ENTRY OF DEFAULT**

AND NOW on this _____ day of _____ 2022, DEFAULT is hereby entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against Defendant Pavilion Apartments Penn LLC for failure to plead or otherwise defend within the time specified in Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: _____ 2022

_____
CLERK OF COURT