IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE OF THE $29,615,000 PHILADELPHIA AUTHORITY FOR INDUSTRIAL DEVELOPMENT SENIOR HOUSING REVENUE BONDS (THE PAVILION), <br><br> *Plaintiff,* <br><br> v. <br><br> PAVILION APARTMENTS PENN LLC and KIRYAT GREENBRIAR, L.P., <br><br> *Defendants.* | CIVIL ACTION <br><br> NO. 22-3985 |
| KIRYAT GREENBRIAR, L.P., <br><br> *Cross-Plaintiff,* <br><br> v. <br><br> PAVILION APARTMENTS PENN LLC, <br><br> *Cross-Defendant.* | |

**ORDER**

**AND NOW**, this 17th day of April, 2023, upon consideration of Wilmington Trust's Motion for Leave to Amend (ECF 71), Pavilion's Response in Opposition (ECF 77), and nonparty Aloft MGT LLC's Response in Opposition (ECF 76), it is hereby **ORDERED** that Wilmington Trust's Motion is **GRANTED IN PART and DENIED IN PART**.  Wilmington Trust's Motion is **DENIED** with respect to proposed Count IX—Alter Ego/Veil Piercing and is **GRANTED** with respect to all other proposed

amendments. Wilmington Trust shall file a second amended complaint consistent with the Court's Memorandum on or before **April 19, 2023**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.
