# EXHIBIT D

87-1-1886 118N7-41,43     145,500.00
                          -369,750.00

No. 794-S CORPORATION DEED.    Printed for and Sold by John C. Clark Co., 1526 Walnut St., Phila.

# This Indenture Made the 23RD February

day of eighty-seven                    in the year of our Lord one thousand nine
hundred and **Eighty SEVEN**    Between

WEST VILLAGE, a Pennsylvania limited partnership

(hereinafter called the Grantor ), of the one part, and

KIRYAT GREENBRIAR, a Pennsylvania general partnership

(hereinafter called the Grantee ), of the other part,

**Witnesseth,**    That the said Grantor

for and in consideration of the sum of

FOURTEEN MILLION FIVE HUNDRED FIFTY THOUSAND DOLLARS ($14,550,000.00)   lawful
money of the United States of America, unto it        well and truly paid by the said Grantee ,
at or before the sealing and delivery, hereof, the receipt whereof is hereby acknowledged,   has
granted, bargained and sold, aliened, enfeoffed, released and confirmed, and by these presents
grant, bargain and sell, alien, enfeoff, release and confirm unto the said Grantee ,
and assigns,

See Exhibit A attached hereto and incorporated herein.

88

2488003906

14.5 M
14 5vD
.5 0
————
40 00

D 0718 165

## EXHIBIT A

PREMISES "A"
ALL THAT CERTAIN lot or piece of ground, SITUATE in the 52nd Ward of the City of Philadelphia, described according to a Plan of Property made for The Fox Companies by John Reilly, Surveyor and Regulator of the 7th District, dated December 5, 1967, to wit:

BEGINNING at a point on the Northwesterly side of Conshohocken Avenue (64 feet wide) measured North 81 degrees 00 minutes East along the said Northwesterly side of Conshohocken Avenue, the distance of 13.684 feet from an angle point, which angle point is measured North 79 degrees 52 minutes 12.9 seconds East along the said point of tangent on the Southeasterly end of a radial round corner having a radius of 50 feet, which connects the said Northwesterly side of Conshohocken Avenue and the Northeasterly side of 40th Street (70 feet wide); thence extending Northwestwardly, Northwardly and Northeastwardly on the arc of a circle curving to the right having a radius of 276.162 feet, the arc distance of 217.783 feet to a point of tangent; thence North 36 degrees 07 minutes 37 seconds East 18.964 feet to an angle point; thence North 33 degrees 04 minutes 04 seconds East 538.697 feet to an angle point; thence North 24 degrees 10 minutes 30 seconds East 400.238 feet to a point on the Southwesterly side of Fairmount Park; thence South 65 degrees 49 minutes 30 seconds East 424.223 feet to a point; thence South 30 degrees 21 minutes 40 seconds West 436.046 feet to a point; thence North 87 degrees 02 minutes 49 seconds West 326 feet to a point; thence South 11 degrees 17 minutes 48 seconds West 471.797 feet to a point on the said Northwesterly side of Conshohocken Avenue; thence South 81 degrees 00 minutes West along the said Northwesterly side of Conshohocken Avenue 270.540 feet to a point, being the first mentioned point and place of beginning.

TOGETHER with a Right-of-Way and Easement (without any liability to contribute to the cost of improving and/or maintaining the said Right-of-Way) across the following described premises for purposes of ingress to the above described premises from Conshohocken Avenue and egress from the above described premises to Conshohocken Avenue.

ALL THAT CERTAIN lot or piece of ground, situate in the 52nd Ward of the City of Philadelphia described as follows, to wit:

BEGINNING at a point on the Northwesterly side of Conshohocken Avenue (64 feet wide) measured North 79 degrees 52 minutes 12.9 seconds East along the said Northwesterly side of Conshohocken Avenue the distance of 1093.656 feet from a point of tangent on the Southeasterly end of a radial round corner having a radius of 50 feet which connects the said Northwesterly side of Conshohocken Avenue and the Northeasterly side of 40th Street (70 feet wide); thence extending North 09 degrees 53 minutes 31 seconds East, the distance of 297.305 feet to a point; thence South 64

D 0718 166

degrees 52 minutes 29 seconds East 125 feet to a point; thence South 36 degrees 07 minutes 37 seconds West 18.964 feet to a point of curve; thence Southwestwardly, Southwardly and Southeastwardly on the arc of a circle curving to the left having a radius of 276.162 feet the arc distance of 217.783 feet to a point on the said Northwesterly side of Conshohocken Avenue; thence South 81 degrees 00 minutes West along the said Northwesterly side of Conshohocken Avenue 13.684 feet to an angle point; thence South 79 degrees 52 minutes 12.9 seconds West still along the said Northwesterly side of Conshohocken Avenue 91.316 feet to a point, being the first mentioned point and place of beginning.

PREMISES "B"
ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, SITUATE in the 52nd Ward of the City of Philadelphia, described according to a Plan of Property made for Philadelphia Country Club Syndicate by John Reilly, Surveyor and Regulator of the 7th District, dated December 20, 1966, to wit:

BEGINNING at a point on the Northerly side of Conshohocken Avenue (80 feet wide), which point is measured Southeastwardly, Eastwardly and Northeastwardly partly along the arc of a circle curving to the left connecting the Northerly side of said Conshohocken Avenue and the Easterly side of 40th Street (70 feet wide), being a radial round corner having a radius of 50 feet and partly along the said Northerly side of Conshohocken Avenue, the total distance of 610.116 feet from a point of curve on the said Easterly side of 40th Street; thence extending from said beginning point North 25 degrees 17 minutes 32 seconds East along the center line of a 50 feet wide private road as per deed of The Childrens Heart Hospital, J.M.H. 2545, page 522 and passing through the bed of a drainage Right-of-Way, the distance of 565.969 feet to a point therein; thence North 64 degrees 52 minutes 29 seconds West through the bed of said drainage Right-of-Way 16.583 feet to a point therein; thence North 17 degrees 44 minutes 37 seconds East passing through the bed of said drainage Right-of-way 77.052 feet to an angle point; thence North 17 degrees 58 minutes 59.44 seconds East passing partly through said drainage Right-of-Way and crossing Neill Drive (50 feet wide) 852.967 feet to a point; thence South 65 degrees 51 minutes 53 seconds East recrossing said Neill Drive and crossing said drainage Right-of-Way and passing partly along a Southwesterly Park Boundary Line 456.379 feet to an angle point; thence South 65 degrees 49 minutes 30 seconds East still along the Southwesterly Park Boundary line 184.138 feet to a point; thence South 24 degrees 10 minutes 30 seconds West passing through a building 400.238 feet to an angle point; thence South 33 degrees 04 minutes 04 seconds West 538.697 feet to an angle point; thence South 36 degrees 07 minutes 37 seconds West along the Southeasterly side of a Proposed Easement 18.964 feet to a point of curve; thence Southwestwardly and Southwardly along the Southeasterly and Easterly side of said Proposed Easement on the arc

43

D 0718 167

of a circle curving to the left having a radius of 276.162 feet, the arc distance of 217.783 feet to a point on the Southerly end of said Proposed Easement and the said Northerly side of Conshohocken Avenue; thence South 81 degrees West along the Southerly end of said Proposed Easement and passing along the Northerly side of Conshohocken Avenue 13.684 feet to an angle point; thence South 79 degrees 52 minutes 12.9 seconds West still partly along the Southerly side of said Proposed Easement and along the said Northerly side of Conshohocken Avenue 69.631 feet to a point on the Westerly side of said Proposed Easement; thence South 79 degrees 52 minutes 12.9 seconds West still along the said Northerly side of Conshohocken Avenue 21.685 feet to a point; thence North 9 degrees 53 minutes 31 seconds East 297.305 feet to a point; thence North 64 degrees 52 minutes 29 seconds West partly crossing said drainage Right-of-Way 290.088 feet to a point therein; thence South 25 degrees 17 minutes 32 seconds West passing through said drainage Right-of-Way 548.261 feet to a point on the Southerly end of said drainage Right-of-Way and the Northerly end of said Conshohocken Avenue; thence South 79 degrees 52 minutes 12.9 seconds West along the Southerly end of said drainage Right-of-Way and said Northerly side of Conshohocken Avenue 30.678 feet to a point therein on the center line of said 50 feet wide private road by deed of The Childrens Heart Hospital J.M.H. 2545, page 522, being the first mentioned point and place of beginning.

EXCEPTING thereout and therefrom all that certain lot or piece of ground which West Village, A Pennsylvania Limited Partnership by Deed dated 2/11/1971 and recorded 6/15/1971 in Deed Book PLMcS 286 page 492 conveyed unto Brith Sholom Foundation (A Penna. Non-Profit Corp.) as follows, to wit:

ALL THAT CERTAIN lot or piece of ground, SITUATE in the 52nd Ward of the City of Philadelphia and described according to a Plan of Property made for the Fox Companies, by John Reilly, Surveyor and Regulator of the 7th Survey District, dated December 5, 1967, with addition on April 7, 1970, as follows, to wit:

BEGINNING at a point on the Northerly side of Conshohocken Avenue (eighty feet wide) which point is measured North seventy-nine degrees, fifty-two minutes, twelve and nine tenths seconds East six hundred ten and one hundred sixteen one-thousandths feet from a point of tangent, which said point of tangent is measured Southeastwardly, Eastwardly and Northeastwardly along the arc of a circle curving to the left connecting the said Northerly side of Conshohocken Avenue and the Easterly side of 40th Street (seventy feet wide), being a radial round corner having a radius of fifty feet, thence from said point of beginning measured North twenty-five degrees, seventeen minutes, thirty-two seconds East (along the center line of a fifty feet wide private road as mentioned in Deed into the Childrens' Heart Hospital recorded in Deed Book J.M.H. 2545 page 522) also being along the Northwesterly side of a twenty-five feet wide road, which extends

*EXCEPTION

D 0718 168

Northeastwardly from Conshohocken Avenue which said twenty-five feet wide road is entirely within the bed of a Right-of-Way for Drainage purposes of variable widths five hundred sixty-five and nine hundred sixty-nine one-thousandths feet, thence South sixty-four degrees, fifty-two minutes, twenty-nine seconds East crossing the head of said twenty-five feet wide road, twenty-five feet to a point on the Southeasterly side thereof, thence South twenty-five degrees, seventeen minutes, thirty-two seconds West along the Southeasterly side of said twenty-five feet wide road and still within the bed of the aforesaid Right-of-Way for Drainage purposes, five hundred forty-eight and two hundred sixty-one one-thousandths feet to a point on the said Northerly side of Conshohocken Avenue, thence South seventy-nine degrees, fifty-two minutes, twelve and nine-tenths seconds West along the said Northerly side of Conshohocken Avenue and crossing the head of said twenty-five feet wide road thirty and six hundred seventy-eight one-thousandths feet to a point, being the first mentioned point and place of beginning.

BEING AS TO PREMISES "A" AND "B", part of the same premises which The Travelers Insurance Company (A Connecticut Corporation) by Deed dated 11/13/1968 and recorded 11/21/1968 in the County of Philadelphia in Deed Book J.R.S. 270 page 393, conveyed unto West Village, A Penna. Limited Partnership, in fee.

WITH RESPECT TO PREMISES "A" AND "B", UNDER AND SUBJECT to the following:

1. A Mortgage dated November 13, 1968 in favor of The Travelers Insurance Company and recorded on November 21, 1968 in Mortgage Book J.R.S. 154, page 67, as amended by Amendment to Mortgage dated November 30, 1972 and recorded on December 14, 1972 in Deed Book DCC 260 page 140, and further amended by Amendment to Mortgage dated September 28, 1983 and recorded on October 3, 1983 in Mortgage Book 850 page 139.

2. A Lease Agreement dated November 28, 1978 between the Grantor and WV III, a Pennsylvania limited partnership, and recorded on November 30, 1973 in Deed Book DCC 515 page 466, as amended by Lease Amendment dated September 28, 1983 and recorded on October 3, 1983 in Deed Book 850 page 154.

3. Easements, rights of way, restrictions, covenants and conditions of record.

THE RECEIPT AND RECORDING OF THE REALTY TRANSFER TAX PAYMENT WAS WITNESSED BY:

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE

745,581.00

*[handwritten signatures and notations dated 2/27/87]*

D-0718 169

**Together** with all and singular the buildings
Improvements, Ways, Streets, Alleys, Passages, Waters, Water-courses, Rights, Liberties, Privileges, Hereditaments and Appurtenances, whatsoever thereunto belonging, or in any wise appertaining, and the Reversions and Remainders, Rents, Issues and Profits thereof; and all the Estate, Right, Title, Interest, Property, Claim and Demand whatsoever of   the said Grantor
in law as in equity, or otherwise howsoever, of, in, and to the same and every part thereof.

**To have and to hold**  the said lot or piece of land and the buildings, improvements
Hereditaments and Premises hereby granted, or mentioned and intended so to be, with the Appurtenances,                            unto the said
and Assigns, to and for the only proper use and behoof of the said
and Assigns, forever.

**And** the said Grantor, for itself and its successors and assigns

                                                                                             does by
these presents, covenant, grant and agree, to and with the said
and Assigns, that  it    the said Grantor, its successors and assigns

                                                                               all and singular the
Hereditaments and Premises herein above described and granted, or mentioned and intended so to be, with the Appurtenances, unto the said

                                                                                         and Assigns,
against  it   the said Grantor, its successors and assigns        and against all and every
Person or Persons whomsoever lawfully claiming or to claim the same or any part thereof, by, from or under   it, them                                                           or any of them,
shall and will  Under and Subject as aforesaid              WARRANT and forever DEFEND.


**In Witness Whereof**, the said Grantor has caused this instrument to be executed and sealed the year and date first above written.

**Sealed and Delivered**
IN THE PRESENCE OF US:

                                                    WEST VILLAGE, a Pennsylvania limited
                                                    partnership

ATTEST: Corporate Seal                              By: Consolidated Capital Equities
                                                        Corporation, a Colorado corporation,
                                                        General Partner

_____              By: _____
     Secretary                                          Vice President
GLENN M. FEELEY                                     ERIC HORODAS

State of California
~~Commonwealth of Pennsylvania~~                          D 0718 170

County of ALAMEDA

On this, the 23rd day of FEBRUARY, 19 87, before me, SUSAN ROBINSON the undersigned officer, personally appeared ERIC D. HORODAS who acknowledged himself ~~(herself)~~ to be the Vice President of Consolidated Capital Equities Corporation a corporation, and that he as such VICE PRESIDENT, being authorized to do so, executed the foregoing instrument for the purposes therein contained by signing the name of the corporation by himself (herself) as such officer.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.



OFFICIAL SEAL
SUSAN ROBINSON
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
My comm. expires JUN 8, 1990

_Susan Robinson_
Notary Public

# Deed

WEST VILLAGE, a Pennsylvania limited partnership

to

KIRYAT GREENBRIAR, a Pennsylvania general partnership

1986

750-S    John C. Clark Co., Phila

Mary P. Higgins, Esquire
Suite 3600
1600 Market Street
Philadelphia, Pennsylvania 19103

The address of the above-named Grantee is 3901 Conshohocken Ave, Phila. Pa. 19131

_____
On behalf of the Grantee

## City of Philadelphia Department of Records

### RECORDING INFORMATION SUMMERY (RIS)

The information provided by you will be relied upon by the Department of Records for examination and indexing purposes. If there is any conflict between the RIS and the attached document, the information on the RIS shall prevail for examination and indexing purposes.

**RETURN DOCUMENT TO:**
Name: Guaranteed Abstract Corporation
Address: 603 N. Easton Road, Suite F-1
Willow Grove, PA 19090
Telephone: 215-657-8072

| 1. | Type of Document: | | |
|---|---|---|---|
| | X  Deed | ☐ Mortgage | ☐ Lease/Memorandum of Lease |
| | ☐ Sheriff's Deed | ☐ Release of Mortgage | ☐ Assignment of Lease & Rent |
| | ☐ Deed of Condemnation | ☐ Assignment of Mortgage | ☐ Easement |
| | ☐ Other Deed | ☐ Satisfaction of Mortgage | ☐ Other _____ (specify) |

**2. Date of Document:** 05 / 30 / 2002 (month / day / year)

**3. Grantor/Mortgagor/Assignor/Lessor/Other:**
(Last Name, First Name, Middle Initial)
(a.) Kiryat Greebriar, a Pennsylvania general partnership
(b.) _____

x  Additional Names on **Continuation Page** of RIS

**4. Grantee/Mortgagee/Assignee/Lessee Other:**
(Last Name, First Name, Middle Initial)
(a) Kiryat Greenbriat, L.P., a Pennsylvania limited partnership
(b.) _____

x  Additional Names on **Continuation Page** of RIS

**5. Property Address:**
(a.) House No. & Street Name: 3901 Conshohocken Avenue
Condo Name (if applicable): _____   Unit # _____   Philadelphia, PA   Zip Code: 19131
BRT Account # (optional): _____   Parcel Identification Number (PIN) (optional): _____

☐ Additional addresses on **Continuation Page** of RIS

**6. Grantee's Mailing Address (Deed Only):**
(If Grantee is at a different address than the Property Address listed in Section 5, complete this section.)
Grantee or Designee Name: Kiryat Greenbriar, L.P.
House No. & Street Name: 65 Mance Boulevard
City: Freehold   State: NJ   Zip Code: 07728

**7. Recording Information to be Referenced. Mortgage to be released/satisfied/assigned/modified:**
(a.) Name of Original Mortgagee: _____
Recording Date of Original Mortgage: ___ / ___ / ___ (month / day / year)
Recorder's Index Information of Original Mortgage:
Initials, Book and Page or Doc. ID#

☐ Additional references on **Continuation Page** of RIS

**8. Optional Information**
☐ Consolidation   ☐ Subdivision

J. Rimer
'OR Name
215-657-8072
'OR Telephone Number
[signature]
'OR Signature

50474892
Pg: 1 of 8
06/13/2002 04:00PM

This Document Recorded
06/13/2002   State RTT: 0.00   Doc Id: 50474892
04:00PM   Local RTT: 0.00   Receipt #: 168005
Doc Code: D   Rec Fee: 46.50
Commissioner of Records, City of Philadelphia

82-337

d325193

RECORD AND RETURN TO:
GUARANTEED ABSTRACT CORP
Grove Summit Office Park
603 N. Easton Rd. Suite F-1
Willow Grove, PA 19090

**DEED**

THIS INDENTURE is made this 30th day of May, 2002, between KIRYAT GREENBRIAR, a Pennsylvania general partnership (hereinafter called the "**Grantor**"), of the one part, and KIRYAT GREENBRIAR, L.P., a Pennsylvania limited partnership (hereinafter called the "**Grantee**"), of the other part.

## WITNESSETH:

That the said Grantor, for and in consideration of the sum of One Dollar ($1.00) lawful money of the United States of America, unto it, well and truly paid by said Grantee, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, has granted, bargained and sold, aliened, enfeoffed, released and confirmed, and by these presents does grant, bargain and sell, alien, enfeoff, release and confirm unto the said Grantee, its successors and assigns.

ALL THAT CERTAIN lot or parcel of land and premises, commonly known and designated as 3901 Conshohocken Avenue, Philadelphia, Pennsylvania, as more particularly described in Exhibit A attached hereto and made a part hereof.

BEING TAX PARCEL NUMBER 88-1-1610-00; 52-1-4476-10.

TOGETHER WITH all and singular the buildings, improvements, ways, woods, waters, watercourses, streets, alleys, driveways, passages, rights, liberties, privileges, hereditaments and appurtenances whatsoever thereunto belonging, or in any wise appertaining, and the reversions and remainders, rents, issues, and profits thereof, and of every part and parcel thereof; and all the estate, right, title, interest, use, possession, property, claim and demand whatsoever of the said Grantor, in law or in equity, or otherwise howsoever, of, in, and to the premises herein described and every part and parcel thereof.

TO HAVE AND TO HOLD all and singular the said lot or parcel of land above described, together with the buildings and improvements thereon erected, the hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee, its successors and assigns, to and for the only proper use and behoof of the said Grantee, its successors and assigns, forever.

AND the said Grantor, for itself and its successors and assigns, does by these presents, covenant, promise and agree, to and with the said Grantee, its successors and assigns, that the said Grantor and its successors and assigns, all and singular the lot or parcel of land, together with the buildings and improvements thereon erected, the hereditaments and premises herein above described and granted, or mentioned and intended so to be with the appurtenances, unto the said Grantee, its successors and assigns, against it, the said Grantor and its successors and assigns, and against all and every person or persons whomsoever lawfully claiming or to claim

PHIL1: 455617-2



50474892
Pg: 2 of 8
06/13/2002 04:00PM

the same or any part thereof, by, from or under him, her, them, or any of them, shall and will WARRANT and forever DEFEND.

IN WITNESS WHEREOF, the said Grantor has executed this Deed under seal the day and year first above written.

KIRYAT GREENBRIAR

By: GREENBRIAR CLUB ASSOCIATES, L.P., Managing Partner

By: _____(SEAL)
Yu Shuan Yeh; General Partner

By: _____(SEAL)
Lucia Hsieh, General Partner

The undersigned certifies that the correct
mailing address of the Grantee is:

Greenbriar Club Associates, L.P.
65 Hance Boulevard
Freehold, NJ 07728
Attn.: Yu Shuan Yeh

_____
On behalf of Grantee

Record and return to:

Kiryat Greenbriar, L.P.
65 Hance Boulevard
Freehold, NJ   07728
Attn: Yu Shuan Yeh

STATE OF _PA_          :
                       : SS.
COUNTY OF _Phila_      :

On the _30th_ day of May, 2002, before me, a Notary Public in and for the _County_ of _Phila_____, personally appeared Yu Shuan Yeh, who acknowledged himself to be a General Partner of Greenbriar Club Associates, L.P., a New Jersey limited partnership, the Managing Partner of Kiryat Greenbriar, a Pennsylvania general partnership, and that he, as such General Partner, being authorized to do so, executed the foregoing instrument for the purposes therein contained by signing his name as General Partner of the limited partnership.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public
My Commission Expires:

```
NOTARIAL SEAL
RITA R. MONDILLO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 1, 2005
```

PHIL1: 455617-2

50474892
Pg: 5 of 8
06/13/2002 04:00PM

STATE OF __PA__        :
                       : SS.
COUNTY OF __Phil__     :

On the 30th day of May, 2002, before me, a Notary Public in and for the __County__ of __Phil__, personally appeared Lucia Hsieh, who acknowledged herself to be a General Partner of Greenbriar Club Associates, L.P., a New Jersey limited partnership, the Managing Partner of Kiryat Greenbriar, a Pennsylvania general partnership and that she, as such General Partner, being authorized to do so, executed the foregoing instrument for the purposes therein contained by signing her name as General Partner of the limited partnership.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public
My Commission Expires:

```
NOTARIAL SEAL
RITA R. MONDILLO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 1, 2005
```

PHIL1: 455617-2

50474892
Pg: 6 of 8
06/13/2002 04:00PM

6

ALL THAT CERTAIN lot or piece or ground with the buildings and improvements erected thereon Situate in the 52nd Ward of the City of Philadelphia with the buildings and improvements thereon erected, described according to a ALTA/ACSM Land Title Survey made for Greenbriar Club Apartments by T B I Consulting Engineers, Inc. dated 4/11/2002 and last revised 5/14/2002.

BEGINNING at a point, located the following 2 courses and distances from a point of tangency, said point of tangency being the Southwesterly end of a curve which connects the Northerly side of Conshohocken Avenue (80 feet wide) with the Easterly side of Monument Road (71 feet wide), having a radius of 50 feet and an arc length of 105.015 feet; (1) North 76 degrees 12 minutes 00 seconds East, the distance of 887.903 feet; (2) North 79 degrees 52 minutes 13 seconds East, the distance of 1169.805 feet); thence extending North 9 degrees 53 minutes 31 seconds East from said point of beginning, the distance of 297.305 feet to a point; thence extending North 64 degrees 52 minutes 29 seconds West the distance of 331.671 feet to a point in the bed of a variable width Right-of-Way for Drainage Purposes; thence extending North 17 degrees 44 minutes 37 seconds East the distance of 77.052 feet to a point; thence extending North 17 degrees 58 minutes 59.44 seconds East, crossing Neill Drive (State Highway - 50 feet wide), the distance of 852.967 feet to a point; thence extending South 65 degrees 51 minutes 53 seconds East, recrossing said Neill Drive and also recrossing said variable width Right-of-Way for State Highway purposes and also recrossing said variable width Right-of-Way for Drainage purposes, the distance of 456.379 feet to a point; thence extending South 65 degrees 49 minutes 30 seconds East the distance of 608.361 feet to a point, thence extending South 30 degrees 21 minutes 40 seconds West, the distance of 436.046 feet to a point; thence extending North 87 degrees 02 minutes 49 seconds West, the distance of 326 feet to a point; thence extending South 11 degrees 17 minutes 48 seconds West, the distance of 471.797 feet to a point on the said Northerly side of Conshohocken Avenue; thence extending South 81 degrees 04 minutes 00 seconds West, the distance of 284.324 feet to a point; thence extending South 79 degrees 52 minutes 13 seconds West, the distance of 91.316 feet to the first mentioned point and place of beginning.

BEING ASSESSED AS: 3001 Conshohocken Avenue.

Together with and subject to those easements arising under Declaration of Easements recorded 11/30/1973 in Deed Book DCC 515, page 454, Agreement recorded 1/17/1989 in Deed Book FHS 1267, page 198 and Declaration of Easements recorded 10/10/1989 in Deed Book FHS 1458, page 533.

Being the same premises which West Village, a Pennsylvania Limited Partnership by Deed dated 2/23/1987 and recorded 2/26/1987 in Philadelphia County in Deed Book FHS 718 Page 164 conveyed unto Kiryat Greenbriar, a Pennsylvania General Partnership, in fee.

| | BOOK NO. | PAGE NO. |
|---|---|---|

# PHILADELPHIA REAL ESTATE TRANSFER TAX CERTIFICATION

DATE RECORDED

CITY TAX PAID

Complete each section and file in duplicate with Recorder of Deeds when (1) the full consideration/value is/is not set forth in the deed, (2) when the deed is with consideration, or by gift, or (3) a tax exemption is claimed. If more space is needed, attach additional sheet(s).

### A. CORRESPONDENT — All inquiries may be directed to the following person:

NAME: Kiryat Greenbriar, L.P.
TELEPHONE NUMBER: AREA CODE ( )
STREET ADDRESS: 65 Hance Boulevard, Freehold,
STATE: NJ    ZIP CODE: 07728

### B. TRANSFER DATA

DATE OF ACCEPTANCE OF DOCUMENT:

| GRANTOR(S)/LESSOR(S) | GRANTEE(S)/LESSEE(S) |
|---|---|
| Kiryat Greenbriar | Kiryat Greenbriar, L.P. |
| STREET ADDRESS | STREET ADDRESS |
| 3901 Conshohocken Avenue | 3901 Conshohocken Avenue |
| CITY: Philadelphia  STATE: PA  ZIP: 19131 | CITY: Philadelphia  STATE: PA  ZIP: 19131 |

### C. PROPERTY LOCATION

STREET ADDRESS: 3901 Conshohocken Avenue
CITY, TOWNSHIP, BOROUGH: Philadelphia
COUNTY: Philadelphia
SCHOOL DISTRICT: Philadelphia
TAX PARCEL NUMBER: 88-1-1610-00; 52-1-4476-10

### D. VALUATION DATA

| 1. ACTUAL CASH CONSIDERATION | 2. OTHER CONSIDERATION | 3. TOTAL CONSIDERATION |
|---|---|---|
| $1.00 | + 0 | = $1.00 |
| 4. COUNTY ASSESSED VALUE | 5. COMMON LEVEL RATIO FACTOR | 6. FAIR MARKET VALUE |
| $5,712,000.00 | X 3.48 | = $19,877,760 |

### E. EXEMPTION DATA

| 1A. AMOUNT OF EXEMPTION | 1B. PERCENTAGE OF INTEREST CONVEYED |
|---|---|
| 100% | 100% |

2. Check Appropriate Box Below for Exemption Claimed

☐ Will or intestate succession _____ (NAME OF DECEDENT) _____ (ESTATE FILE NUMBER)

☐ Transfer to Industrial Development Agency.

☐ Transfer to agent or straw party. (Attach copy of agency/straw party agreement).

☐ Transfer between principal and agent. (Attach copy of agency/straw trust agreement). Tax paid prior deed $ _____

☐ Transfers to the Commonwealth, the United States, and Instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (Attach copy of resolution).

☐ Transfer from mortgagor to a holder of a mortgage in default. Mortgage Book Number _____, Page Number _____. Mortgagee (grantor) sold property to Mortgagor (grantee) (Attach copy of prior deed).

☐ Corrective deed (Attach copy of the prior deed).

☒ Other (Please explain exemption claimed, if other than listed above.) Confirmatory Deed. Grantor has been converted from a general partnership to a limited partnership

Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

SIGNATURE OF CORRESPONDENT OR RESPONSIBLE PARTY

DATE: 5-30-02

82-127 (Rev. 6/93)

50474892
Pg: 8 of 8
06/13/2002 04:00PM