# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE OF THE $29,615,000 PHILADELPHIA AUTHORITY FOR INDUSTRIAL DEVELOPMENT SENIOR HOUSING REVENUE BONDS (THE PAVILION),<br><br>*Plaintiff,*<br><br>v.<br><br>PAVILION APARTMENTS PENN LLC, KIRYAT GREENBRIAR, ALOFT MGT LLC, PF HOLDINGS LLC, AND ARON PURETZ<br><br>*Defendants.* | CIVIL ACTION<br><br>NO. 22-3985 |
| KIRYAT GREENBRIAR,<br><br>*Cross-Plaintiff,*<br><br>v.<br><br>PAVILION APARTMENTS PENN LLC,<br><br>*Cross-Defendant.* | |

## **ORDER**

**AND NOW**, this 26th day of January 2024, following a telephone conference with counsel for all parties, and for the reasons discussed during that conference, the current Scheduling Order (ECF No. 124) is hereby **STAYED.**

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.