# TRIGILD IVL

Case No. 2:22-cv-03985-GJP

**Pavilion Apartments Penn, LLC**

3901 Conshohocken Avenue
Philadelphia, PA 19131

*Assigned to the*

Honorable Judge Gerald J. Pappert



**RECEIVER REPORT**

*For the period*
**April 1, 2024** *through* **April 30, 2024**

24 CHURCH STREET 2ND FLOOR MONTCLAIR, NJ 07042
P 973.226-1950    F 973.227-1273    ian@ivlgroup.com

Pavilion Apartments Penn, LLC – 3901 Conshohocken Avenue                                Case No. 2:22-cv-03985-GJP
April 2024 – Receiver Report

## **TABLE OF CONTENTS**

| | |
|---|---:|
| OVERVIEW OF PROPERTY | PAGE 3 |
| LEASING AND MARKETING | - |
|     MARKETING REPORT | - |
|     MARKETING/LEASING BROCHURE | - |
| INSURANCE | - |
| FINANCIALS | |
|     BENCHMARK REAL ESTATE PARTNERS | PAGE 4 |
|     RECEIVER ACCOUNT | PAGE 18 |

## OVERVIEW OF PROPERTY

On January 3, 2023, the United States District Court for the Eastern District of Pennsylvania, entered an Order for Appointment of Receiver, appointing the Receiver, Ian Lagowitz of Trigild Inc. (the "Receiver") for the property known as Pavilion Apartments Penn, LLC, located at 3901 Conshohocken Avenue, Philadelphia, PA 19131. (the "Property"). Receiver retained Benchmark Real Estate Partners, Inc. to manage the Property effective January 27, 2023.

*This Space Intentionally Left Blank*

# TABLE OF CONTENTS

## BENCHMARK REAL ESTATE PARTNERS - FINANCIAL CONTENTS

| | |
|---|---|
| EXECUTIVE SUMMARY | PAGE 5 |
| BALANCE SHEET | - |
| 12-MONTH INCOME STATEMENT | PAGE 16 |
| RENT ROLL | - |
| ACCOUNT RECEIVABLE AGING | - |
| RECEIPTS REGISTERS | - |
| CHECK REGISTER | - |
| TRIAL BALANCE | - |
| GENERAL LEDGER | - |
| BANK STATEMENT | - |
| BANK RECONCILIATION | - |



**Executive Report – April 2024 Report**

**Executive Summary:**

Attached is our summary report for April 2024

- As of today, we have six (6) new residents that moved in. three move-ins in the month of April. Approximately 12 applicants are pre-approved while waiting for units to be turned over
- Management is addressing deficiencies noted on NSPIRE
- All three elevators are operating. Elevator received its long-awaited motor and it is now installed
- Management is also addressing 2023 deficiencies noted in last year's REAC and 100% inspection of all vacant units as required by HUD. Bimonthly reports are being submitted to HUD as required.
- Due to installation of the roof door, it appears some bricks were taken out near the frame that caused water to get between the roof membrane and the base of the roof. This resulted in the tenant on the 12th floor getting water when it rained. The tenant called L&I to complain . Roofer identified issues and it was noted that this was not due to roofing contractor's work. Repair was made near the door frame and the portion of roof that had leak was also addressed.

**Operations-**

Other Accomplished this month:

1. An additional maintenance staff was hired to focus only on turning over vacant units. We are looking at hiring some small contractors to turn over units quickly as we have about 12-15 ready applicants to move in.
2. Annual License Certifications- attached is the report for annual certifications as of 5/15/24. All certifications related to life and safety are current. Outstanding certifications relate to the electrical which makes getting the high rise and rental license difficult to obtain.
3. Management is expecting to close out all deficiencies noted by NSPIRE inspector with the exception of one tenant. This tenant has a significant level of old bed bugs ( apparently), and maintenance has no desire to go into the unit and clean it up. The HUD report reflects this is mold when actually it appears to be a cluster of dead bedbugs
4. Roof warranty obtained by contractor and maintained in Contract Book on site
5. L&I came out and cleared all of our violations ( except rental and high rise which cannot be resolved until all other violations are addressed)
6. Elevator- Motor was received in April and repaired in one week. All elevators are working!!
7. Electrical Line: **"NO Change"** - Owner of H. Bernstein met with Kenn Penn and understands seeking a new design for the transformer. Pricing is underway and discussion with PECO is

being had for PECO sizing the correct transformer for the building.  Mr. Bernstein expects PECO to do a site survey for the location of the transformer by September/October.

I. **L & I Violations**
8. We were able to get all current violations addressed as noted below.  There does seem to be some confusion on whether they are a closed since the L&I inspector indicated that Green Briar posted an appeal on our property to get their rental license .  Green brier confirmed they did this without our knowledge.
We do believe the open violations will continue to be the rental license and high-rise license because of the electrical violation to the building. We believe all other violations are cleared.

Fire Hydrant Certification- two Fire Hydrant certifications show up on Pavilion's L&I violation report, but I was advised by Metropolitan that this is tied into Greenbrier, and this should be a Greenbrier expense.   After talking with Greenbrier and Metropolitan, Green brier agreed to pay for this expense.  Certification was completed and copy obtained. Greenbrier paid.

II. **Capital Concerns/Critical Improvements Required**

Below is a summary of issues reviewing for possible corrective measures.  **items highlighted and in red are current updates from the past month.**

|  |  | **Issue** | **Corrected** | **Capital Cost** | **Contractor** |
|---|---|---|---|---|---|
|  | Electrical | Install new electrical underground conduit. 6/20/22 Quote of $521,336<br><br>10/18/230PECO is seeking an engineering plan per Mr. Bernstein.<br>Called Boris Gutman of BNG Engineer ( Elliot)<br>215-880-5437<br><br>bgutman@gnpdesigngroup.com | no | 8/25/23 (no change) **Updated proposal still pending. Waiting on PECO to do survey to finalize cost. Estimated this will occur by the end of summer.** 10/23- meet Boris Gutman | Rebid project.<br>H. Bernstein Service Co.<br>Gary<br>'hbersteinservice@aol.com<br>215-425-8500 |

|   | | | | | |
|---|---|---|---|---|---|
|   | Roof | Roof has expired | COMPLETED | DDP $298,000 | DDP completed roof by October 9, 2023<br>March 2024- Warranty obtained and maintained in contract book |
|   | Plumbing Issues | Various- risers, laterals |   | unknown | Have not reviewed this with a contractor yet. Probably will review in late March/April |
| 1 | Boiler System | One of two boiler working | Yes- Both are working. But need replacement | Obtained 2 proposals. Lima $78,950 Affordable $134,000 | COMPLETED  12/2023 Mgmt. contracted with Lima Company to install 2 new boilers for $82,325 was completed. |
| 2 | Elevator | One of three elevators working |   | Otis $1,120,00 (cab 90k) Schindler $1,101,606 (no cab $) | Cost of full modernization to complete elevators (3) |
|   | Elevator |   | Contracted for new Controllers. ( Emergency repair- | **As an emergency, approval for 3 Controllers were made to expedite a quick repair on elevators. ( short term resolution). Cost $399,000, deposit of 100K made 5/23** | Elevator Contractors 215-704-7511<br><br>COMPLETED |
|   | Elevator Consultant |   | Cost to oversee modernization | Lerch Bates $29,850 | Elevator Consultants to assess elevators, perform specs, admin and approve draw requests.<br><br>**LERCH BATES HIRED** |

| 3 | ~~Emergency Pull Cord~~ | ~~Not working~~ | ~~No. Life Safety Issue. Need Replacement~~ | ~~ESS $199,000~~ | **2/28/24- All Pull cords were taken down and system dismantled due to being inoperable and HUD regulations did not specifically require pull cords in an independent facility** |
| 4 | Façade Inspection | Due by June 2023 | completed | 2/21/23- Obtained proposal. Cost $3,800 | 6/30/23 **Lenhardt Rodgers** |
| 5 | Apparent Mold | Not addressing yet | Unknown. | Unknown | Assessing this as part of REAC resolution and repair plumbing (running water) in apartments. |
| 6 | Sewer Pipe Crossing Creek | Approved | Review but ok. | - | Case has been closed with EPA in 2017. Based on recent visit, concern was mentioned. |

In addition to the electrical, roof and plumbing issues noted by the Receiver, we believe these other areas are major concerns as well.

1. Elevator - the elevators are beyond its extended life. Although we are almost complete with the new controllers, the elevators will still require modernization of material parts and the cab. Cost is estimated at $1.1mm based on bids.
2. Emergency Pull Cord System- 2/28/24- all pull cords were disabled by taking out unit pull cords and replacing it with a blank plate.

**VIOLATIONS NOTICE AND ORDER TO CORRECT.**

Updated

**L&I VIOLATIONS NOTICE AND ORDER TO CORRECT**
**FILE # CF-2023-105918  (Kiryat Greenbriar LP  (Pavilion)                updated:   3/31/24.**
**Notice Date: 10/14/23 (inspection date 10/11/23)**
**Code Enforcement Central West   215-686-2596**

| # | Violation # | Issue | Status | **Projected completion &** **Contact person** | Status as of 3/31/24 |
|---|---|---|---|---|---|
| 1 | F901.6 | Troubled Fire Alarm | Multiple issues.  At site on 11/8.  Coming back tomorrow | In process Kartman Fire Ed/Anthony 610-789-7016 | COMPLETED |
| 2 | F903.5 | Sprinkler system not uploaded on Eclipse | Company uploaded completed certification | | COMPLETED |
| 3 | F-507 5.2 | Service private fire hydrant | Belongs to Greenbrier per certification company (advise L&I) | | COMPLETED- (not ours) |
| 4 | F1103.3.4 | Fire dept emergency elevator key in box by elevator | Ordered case & 2Keys | 11/16 Elevator Contractor 215-673-3555 | Complete 11/29/23 |
| 5 | F1104.28.1 | Replace fire rated roof access Door w/ self-closure | Door ordered 11/6/23. 3 wk. lead time | 12/5 Secure Doors Keith Stapley 610-955-5691 | Completed 2/2024 |
| 6 | F-912.5 | FDC sign-2 roof top connections | Order Signs | 11/30 Metropolitan Fire Bill- 484-421-3021 | Completed 2/2024 |
| 7 | F-912.2.2 | FDC directional sign-12 FL – Tower M | Order Signs | 11/30 Metropolitan Fire Bill McQuiston 484-421-3021 | Completed 2/2024 |
| 8 | F-304.1 | Remove waste/rubbish from elevator control room | | | COMPLETED |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| 9 | F-701.6.1.4 | Smoke damper certification | New… Unaware Trying to identify contractor | Kevin Martin Advanced Air Service Group 610-633-7020-c 610-494-0100- o Kmartin.advanceair@gmail.com | COMPLETED 12/19/23. (certification obtained) |
| 10 | F-403.11.2 | Provide Approved Evacuation Plan | Briefly connected | TBD TLC Engineering Jeff LaSalle 215-798-3596 | COMPLETED approved by fire marshal on 2/29/24 |
| 11 | F-604.3.1 | Label Mechanical Rooms | Kp- order signs | 11/20 BM to do | Completed 11/23/23 |
| 12 | F-703.1 | Provide Fire Stops at wall penetration- 12th FL janitor closet |  | 11/15 Staff | COMPLETED |
| 13 | F-106.8 | Remove furnishers from Hallways- Throughout |  |  | COMPLETED |
| 14 | F-1104.28 | Doors shall be self-closing and latching- | Janitor closets; pump rm; generator room, al doors on bsmt level | 12/5 Secure Doors Keith Stapley 610-955-5691 | COMPLETED (All doors except janitor closet |
| 15 | F-604.6 | Cover exposed wires-by unit J27/9th FL | Fine replacement fixture-hall way | 11/30 Staff | COMPLETED 11/23/23 |
| 16 | F-701.2 | Replace ceiling tiles-basement | Ordered ceiling tiles on 11/8 | 11/11 & 11/25 CHOP to install | COMPLETED 2/29/24 |
| 17 | F-105.6.3 | Obtain High Rise License | Need to figure out access to Eclipse- Go to City | TBD Britiany | Unable to get till all violations closed |
| 18 | 9-3902 (2) | Obtain rental license | ONLY HAPPENS WHEN ALL | 1/1/2024 (Pray) | Unable to get till all violations closed |

| | | | VIOLATIONS CLEARED | | |
|---|---|---|---|---|---|
| 19 | F-5003.5 | NFPA 704 on diesel fuel tank | Ordered | 11/30<br>Metropolitan Fire<br>Bill McQuiston 484-421-3021 | COMPLETED 2/2024 |
| 20 | F-3205.4 | Orderly storage in- all purpose room | | staff | COMPLETED |
| 21 | F-1104.30 | Provide Lawful Occupancy Sign in Community Room | Done -KP 11/6/23 | kp | COMPLETED |
| 22 | F-315.3.3 | Remove storage from Community Mechanical Room | Done | staff | COMPLETED |
| 23 | F-906.7 | Properly Mount Fire Extinguisher- Generator Room | | 11/20<br>Awkward/large | COMPLETED 11/23 |

**VIOLATIONS NOTICE AND ORDER TO CORRECT**
**FILE # CF-2023-106038  (Kiryat Greenbriar LP  (Pavilion)**

**Notice Date: 10/14/23 (inspection date 10/11/23)**

**Code Enforcement Central West   215-686-2596**

| # | Violation # | Issue | Status | Contact person | |
|---|---|---|---|---|---|
| 1 | PM15-305.3 | Unit F30 Large hole under kitchen sink | | 11/15 Staff | COMPLETED 11/23 |
| 2 | PM 15-304.18.2 | Unit F30 Living room window falling out of frame when lifted | | | COMPLETED |

**VIOLATIONS NOTICE AND ORDER TO CORRECT**
**FILE # CF-2023-106125  (Kiryat Greenbriar LP  (Pavilion)**

**Notice Date: 10/13/23 (inspection date 10/11/23)**
**Code Enforcement Central West   215-686-2596**

| # | Violation # | Issue | Status | Contact person | |
|---|---|---|---|---|---|
| 1 | PM-15-404.7 | C12- Replace Kitchen Sink | Will investigate | | COMPLETED. |
| 2 | PM15-504.1 | C12- Bathtub is unusable | | | COMPLETED |
| 3 | PM15-504.1 | C12- bathroom sink clogged | | | COMPLETED |
| 4 | PM15-305.3 | | | | |

Note: this unit was in terrible condition due to the tenant.  After many attempts, we were able to temporarily relocate the tenant, repair his unit and move him back in.  Unit has been transformed and tenant is incredibly pleased with his new apartment

Work can only be done after moving him.  Also has bed bugs issues.  Was cleared for bed bugs but got them again.  Can see bed bugs crawling on him.  Nice guy thou.  Very Frustrating.

**VIOLATIONS NOTICE AND ORDER TO CORRECT**

**FILE # CF-2023-106091  (Kiryat Greenbriar LP  (Pavilion)**

**Notice Date: 10/13/23 (inspection date 10/11/23**
**Code Enforcement Central West   215-686-2596**

| # | Violation # | | Issue | Status | Projected completion & Contact person | |
|---|---|---|---|---|---|---|
| 1 | PM-15-504.1 | | F29- Bathtub is clogged No overflow fixture at bathtub | Will investigate | | Completed 11/28/23 |
| 2 | PM15-603.1 | | F29- Stove not working | | | COMPLETED |

# THE PAVILION
## ANNUAL CERTIFICATIONS,
### Licenses and Building Certificates

Reviewed & Documented:  K Penn 5/15/2024.

| Tab # (book) | Systems | Contractor | Date of Inspection | Pass or fail | If failed – When Repaired and Re-inspected | Inspection Expiration Date |
|---|---|---|---|---|---|---|
| Top page | Front page | Eclipse Log-In Commercial Activity # | Eff 11/28/23 (Brit) | | | |
| Top Page | Commercial Activity License | City Lic # 938850 Comm Act. Lic# 938850 | Eff 11/28/23 (Brit set up) | | | |
| 1 | Fire Alarm | Kartman 610-789-7016 484-571-2050 | 2/14/24 | P | Current | 2/28/2025 |
| 2 | Fire Extinguishers | Kartman | 5/24 | P | Current | 5/30/2025 |
| 3 | Standpipe & Sprinkler System | Metropolitan 484-421-3021 | 2/23/24 | P | Current | 2/28/2025 |
| 4a | Emergency Generator | Mardinly 610-544-2488 | 4/22/24 | P | Current | 4/30/2025 |
| 4b | Emergency Lighting | Kartman Fire 610-789-7016 | 2/14/24 | P | Current | 2/28/2025 |
| | | | | | | |
| 5 | Backflow – Fire (pump room) | Metropolitan 484-421-3021 | 2/24/23 | P | Current | 2/28/2024 |
| 6 | Backflow-Domestic (located airborne in fire pump room | Lima 215-333-7500 | 4/25/24 | P | Current | 4/30/25 |
| 7 | Building Façade Certification (5 yrs.) | Lenhardt Rodgers 215-653-0935 (Note:  repairs made 12/2023 by Culbertson w/ 2 yr. limited warranty | 6/13/23 | Safe Minor repairs (corrected 12/23) P | Current | 6/30/28 |
| | | | | | | |
| 8 | Rental License | City | 6/28/19 | | Expired | 10/16/2019 |
| 9 | Rent Suitability | City | 11/21/19 | | Expired | 1/20/2020 |
| 10 | High-Rise License | City | 6/24/19 | P | | 6/23/2020 |
| 11 | Elevator Certificate.#1 | State | 12/28/23 | | Approved/Pending | 3/31/2025 |
| 11 | Elevator Certificate.#2 | State | 11/29/23 | | | 3/31/2025 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | Elevator Certificate.#3 | State | 8/30/23 | | | 3/31/2025 |
| 12 | Elevator- 5 yr. test | 3rd Party/State Elevator Contractor 215-704-7511 | | | Done as part of repair | |
| 13 | Damper Certification | Advance Air Service Group Kevin Martin 610-494-0100 | 12/19/2023 | P | Current (new city requirement) | 12/31/2027 |
| 14 | Boiler Certificate- Other Boiler- Other use- LOCKINVAR HOT WATER TANK | State | 8/31/22 | P | Ok | 8/11/2024 New Boiler installed 12/23. Cert. to be updated |
| | Boiler Certificate- Other Boiler- Other use- LOCKINVAR HOT WATER TANK | State | 8/31/22 | P | Ok | 8/11/2024 New Boiler installed 12/23. Cert. to be updated |
| | | | | | | |
| 15 | Lead Inspection | TRC Solutions (Lead Paint Free) | 7/15/2008 | P | Current | |
| 16 | Dumpster License | City | - | - | Current | 12/1999 |
| 16 | Business POV License | City | - | - | Current | - |
| 17a | FIRE EVACUATION PLAN | CITY | 3/1/2024 | p | Current | Approved |
| 17b | AFHMP | HUD | 8/12/13 | | | |
| 18 | Community Room Occupancy | City | 12/22/2011 | - | Current | - |
| 19 | Other: | | | | | |

# Pavilion Apartments Penn, LLC
## Twelve Month Trailing Income Statement
April 30, 2024

| | 05/31/2023 Actual | 06/30/2023 Actual | 07/31/2023 Actual | 08/31/2023 Actual | 09/30/2023 Actual | 10/31/2023 Actual | 11/30/2023 Actual | 12/31/2023 Actual | 01/31/2024 Actual | 02/29/2024 Actual | 03/31/2024 Actual | 04/30/2024 Actual | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| **Rental Income** | | | | | | | | | | | | | |
| 5120 - Rent Revenue -- Gross Potential | 55,167 | 56,193 | 51,005 | 62,987 | 52,451 | 55,191 | 45,253 | 47,833 | 55,225 | 46,987 | 85,532 | 49,563 | 663,386 |
| 5121 - Tenant Assistance Payments | 177,259 | 180,386 | 174,257 | 0 | 344,318 | 161,323 | 162,980 | 153,786 | 137,493 | 200,367 | 145,555 | 169,475 | 2,007,199 |
| **Total Rental Income** | 232,426 | 236,579 | 225,262 | 62,987 | 396,769 | 216,514 | 208,233 | 201,619 | 192,718 | 247,354 | 231,087 | 219,038 | 2,670,585 |
| **Net Rental Income** | 232,426 | 236,579 | 225,262 | 62,987 | 396,769 | 216,514 | 208,233 | 201,619 | 192,718 | 247,354 | 231,087 | 219,038 | 2,670,585 |
| **Other Income** | | | | | | | | | | | | | |
| 5910 - Laundry and Vending Revenue | 5,475 | 216 | 0 | 6,945 | 0 | 3,430 | 0 | 0 | 4,760 | 0 | 0 | 0 | 20,827 |
| 5915 - Electric Revenue | 0 | 9,270 | 17,859 | 4,377 | 7,181 | 7,935 | 12,448 | 5,991 | (4,743) | 0 | 0 | 10,119 | 70,437 |
| **Total Other Income** | 5,475 | 9,486 | 17,859 | 11,322 | 7,181 | 11,365 | 12,448 | 5,991 | 17 | 0 | 0 | 10,119 | 91,264 |
| **Total Income** | 237,901 | 246,065 | 243,121 | 74,309 | 403,950 | 227,879 | 220,681 | 207,610 | 192,735 | 247,354 | 231,087 | 229,157 | 2,761,849 |
| **Expenses** | | | | | | | | | | | | | |
| **Administrative Expenses** | | | | | | | | | | | | | |
| 6204 - Management Consultants | 2,720 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 2,820 |
| 6210 - Advertising and Marketing | 0 | 0 | 0 | 0 | 1,118 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,118 |
| 6310 - Office Salaries | 1,530 | 1,080 | 2,709 | 3,753 | 2,340 | 2,529 | 2,837 | 4,625 | 3,000 | 4,650 | 3,750 | 3,000 | 35,803 |
| 6311 - Office Expenses | 5,547 | 2,254 | 1,741 | 3,186 | 5,489 | 6,035 | 5,022 | 6,246 | 3,806 | 819 | 3,135 | 2,363 | 45,643 |
| 6320 - Management Fee | 22,352 | 22,352 | 22,352 | 22,352 | 32,347 | 44,704 | (32,347) | 44,704 | 0 | 0 | 22,352 | 0 | 201,168 |
| 6330 - Managers Salaries | 12,001 | 12,231 | 9,900 | 15,175 | 13,077 | 10,154 | 10,235 | 23,847 | 16,462 | 24,692 | 19,906 | 16,269 | 183,950 |
| 6351 - Bookkeeping Fees | 4,000 | 5,500 | 4,000 | 4,000 | 0 | 8,000 | 0 | 8,000 | 0 | 0 | 4,000 | 0 | 37,500 |
| 6389 - Receiver Related Cost | 12,500 | 16,122 | 6,000 | 7,660 | 26,769 | (69,301) | 0 | 0 | 0 | 0 | 0 | 0 | (251) |
| 6390 - Misc Admin Expenses | 131 | 161 | 1,436 | 491 | 285 | 182 | 354 | 594 | 1,002 | 296 | 571 | 421 | 5,926 |
| **Total Administrative Expenses** | 60,781 | 59,700 | 48,138 | 56,617 | 81,425 | 2,303 | (13,899) | 88,016 | 24,370 | 30,457 | 53,714 | 22,053 | 513,677 |
| **Utilities** | | | | | | | | | | | | | |
| 6450 - Electricity | 0 | 24,839 | 14,936 | 18,743 | 11,788 | 13,536 | 15,637 | 20,006 | 21,830 | 16,884 | 0 | 16,342 | 174,540 |
| 6451 - Water | 0 | 34,603 | 17,183 | 18,302 | 17,650 | 24,201 | 25,887 | 21,183 | 25,339 | 19,390 | 0 | 15,950 | 219,689 |
| 6452 - Gas | 0 | 10,686 | 3,256 | 2,387 | 2,655 | 3,207 | 5,190 | 5,775 | 6,569 | 6,768 | 0 | 5,698 | 52,191 |
| **Total Utilities** | 0 | 70,128 | 35,375 | 39,432 | 32,093 | 40,944 | 46,714 | 46,964 | 53,738 | 43,042 | 0 | 37,990 | 446,420 |
| **Operating & Maintenance Expenses** | | | | | | | | | | | | | |
| 6510 - Payroll | 8,482 | 8,505 | 13,462 | 11,203 | 10,091 | 12,058 | 11,154 | 16,058 | 12,541 | 23,150 | 24,547 | 11,742 | 162,990 |
| 6515 - Supplies | 1,621 | 4,937 | (2,804) | 10,010 | 3,560 | 4,879 | 7,325 | 9,858 | 3,243 | 3,745 | 18,718 | 0 | 65,094 |
| 6518 - Contracts - Back-up Generator | 0 | 0 | 0 | 0 | 0 | 170,017 | 26,157 | 0 | 13,078 | 13,078 | 0 | 0 | 222,330 |
| 6520 - Contracts | 124,188 | 41,699 | (92,562) | 22,677 | 26,405 | (115,931) | 18,252 | 28,942 | 26,261 | 29,678 | 21,718 | 4,288 | 135,613 |
| 6521 - Exterminating Contracts | 5,122 | 20,382 | 0 | 702 | 950 | (9,369) | 0 | 135 | 3,701 | 945 | 0 | 0 | 22,569 |
| 6522 - Elevator Contracts | 897 | 787 | (2,743) | 486 | 0 | 324 | 3,153 | 1,059 | 324 | 1,220 | 324 | 0 | 5,832 |
| 6523 - Contracts - Bed Bug | 0 | 0 | 0 | 0 | 0 | 37,210 | 0 | 0 | 6,728 | 1,193 | 0 | 0 | 45,132 |
| 6525 - Garbage & Trash Removal | 1,693 | 4,974 | 2,311 | 4,280 | 4,629 | 1,941 | 5,002 | 5,886 | 3,096 | 1,830 | 2,480 | 0 | 38,120 |
| 6530 - Security Payroll/Contract | 0 | 1,233 | 466 | 467 | 466 | 466 | 467 | 466 | 466 | 467 | 0 | 467 | 5,433 |
| 6546 - HVAC Repairs | 2,370 | 4,941 | 8,195 | 5,311 | 2,543 | 2,085 | 1,067 | 300 | 0 | 0 | 0 | 0 | 26,811 |
| 6548 - Landscaping & Snow Removal | 925 | 950 | 950 | 950 | 950 | 950 | 950 | 950 | 0 | 0 | 0 | 0 | 7,575 |
| 6590 - Misc Maint Expenses | 0 | 0 | 0 | 0 | 950 | 5,577 | 0 | 0 | 0 | 0 | 0 | 0 | 6,527 |
| 6620 - Miscellaneous Charges (RD) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,800 | 0 | 0 | 0 | 0 | 3,800 |
| 6880 - Land Lease - Greenbriar | 0 | 8,473 | 4,237 | 4,236 | 4,237 | 4,237 | 4,236 | 4,237 | 4,237 | 4,236 | 0 | 4,236 | 46,603 |

# Pavilion Apartments Penn, LLC
# Twelve Month Trailing Income Statement
April 30, 2024

|  | 05/31/2023 Actual | 06/30/2023 Actual | 07/31/2023 Actual | 08/31/2023 Actual | 09/30/2023 Actual | 10/31/2023 Actual | 11/30/2023 Actual | 12/31/2023 Actual | 01/31/2024 Actual | 02/29/2024 Actual | 03/31/2024 Actual | 04/30/2024 Actual | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Operating & Maintenance Expenses** | 145,298 | 96,881 | (68,488) | 60,322 | 54,781 | 114,444 | 77,763 | 71,691 | 73,675 | 79,542 | 67,787 | 20,733 | 794,429 |
| **Taxes & Insurance** | | | | | | | | | | | | | |
| 6710 - Real Estate Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 307,978 | 307,978 |
| 6711 - Payroll Taxes (Project's Share) | 926 | 1,940 | 2,497 | 2,517 | 2,498 | 2,283 | (1,358) | 2,654 | 4,046 | (283) | 501 | 0 | 18,220 |
| 6720 - Property & Liability Insurance (Hazard) | 220 | 12,079 | 842 | 12,921 | 1,684 | 0 | 9,609 | 9,608 | 19,218 | 8,232 | 0 | 0 | 74,413 |
| 6722 - Workman's Compensation | 1,190 | 1,190 | 1,190 | 1,190 | 1,190 | 1,190 | 1,190 | 0 | 2,078 | 2,123 | 0 | 1,370 | 13,901 |
| 6723 - Health Ins and EE Benefits | 540 | 1,767 | 884 | 0 | 2,917 | 852 | 618 | 3,610 | (602) | 457 | 6,200 | (1,129) | 16,112 |
| 6790 - Miscellaneous Taxes / Licenses / Permits / Insurance | 0 | 0 | 841 | 0 | 362 | 0 | 0 | 0 | 0 | 171 | 0 | 0 | 1,376 |
| **Total Taxes & Insurance** | 2,876 | 16,976 | 6,254 | 16,628 | 8,651 | 4,325 | 10,059 | 15,872 | 24,911 | 10,529 | 6,701 | 308,219 | 432,000 |
| **Service Related Expenses** | | | | | | | | | | | | | |
| 6990 - Other Services Expenses | 0 | 8,111 | (8,132) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 675 | 0 | 654 |
| **Total Service Related Expenses** | 0 | 8,111 | (8,132) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 675 | 0 | 654 |
| **Total Operating Expenses** | 208,955 | 251,796 | 13,147 | 172,999 | 176,950 | 162,016 | 120,637 | 222,543 | 176,694 | 163,570 | 128,877 | 388,995 | 2,187,180 |
| **Net Operating Income (Loss)** | 28,946 | (5,731) | 229,974 | (98,690) | 227,000 | 65,863 | 100,044 | (14,933) | 16,041 | 83,784 | 102,210 | (159,838) | 574,669 |
| **Capital Expenses** | | | | | | | | | | | | | |
| 7205 - Receiver Related Costs | 0 | 0 | 0 | 0 | 0 | 77,861 | 9,102 | 7,387 | 0 | 0 | 9,658 | 0 | 104,008 |
| 7209 - REAC Prep | 0 | 0 | 0 | 0 | 0 | 1,350 | 22,694 | 10,276 | 671 | 0 | 12,654 | 0 | 47,645 |
| 7210 - Appliances & Other Capital Purchases | 0 | 0 | 9,895 | 2,484 | 8,586 | 0 | 0 | 0 | 0 | 0 | 13,163 | 0 | 34,129 |
| 7211 - Master Capital Purchases | 0 | 0 | 326,347 | 149,257 | 66,700 | 18,702 | 91,411 | 85,800 | 150,665 | 13,200 | 23,574 | 60,177 | 985,832 |
| **Total Capital Expenses** | 0 | 0 | 336,242 | 151,741 | 75,286 | 97,913 | 123,207 | 103,463 | 151,336 | 13,200 | 59,049 | 60,177 | 1,171,614 |
| **Total Major Capital Expenses** | 0 | 0 | 336,242 | 151,741 | 75,286 | 97,913 | 123,207 | 103,463 | 151,336 | 13,200 | 59,049 | 60,177 | 1,171,614 |
| **Net Income (Loss)** | 28,946 | (5,731) | (106,268) | (250,431) | 151,714 | (32,050) | (23,163) | (118,396) | (135,295) | 70,584 | 43,161 | (220,015) | (596,944) |

Pavilion Apartments Penn, LLC – 3901 Conshohocken Avenue                                Case No. 2:22-cv-03985-GJP
April 2024 – Receiver Report

## TABLE OF CONTENTS

## RECEIVER ACCOUNT

BANK STATEMENT                                                                                       -

BANK RECONCILIATION                                                                                  -

CASH RECONCILIATION                                                                                  -

GENERAL LEDGER  RECONCILIATION                                                                       -