IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE OF THE $29,615,000 PHILADELPHIA AUTHORITY FOR INDUSTRIAL DEVELOPMENT SENIOR HOUSING REVENUE BONDS (THE PAVILION),<br><br>*Plaintiff,*<br><br>v.<br><br>PAVILION APARTMENTS PENN LLC, KIRYAT GREENBRIAR, ALOFT MGT LLC, PF HOLDINGS LLC, AND ARON PURETZ<br><br>*Defendants.* | CIVIL ACTION<br><br>NO. 22-3985 |
| KIRYAT GREENBRIAR,<br><br>*Cross-Plaintiff,*<br><br>v.<br><br>PAVILION APARTMENTS PENN LLC,<br><br>*Cross-Defendant.* | |

**ORDER ON STIPULATED MOTION**

Pursuant to the Stipulated Motion of all Parties to this case (ECF No. 142), the Court hereby orders as follows[1]:

1. The Receiver is hereby authorized to enter into such agreements with a Purchaser as the Receiver, the Trustee, and Greenbriar determine are necessary

---

[1] All defined terms herein shall have the same meaning ascribed to them in the Parties' Stipulated Motion.

1

or appropriate to carry out the Sale of the Leasehold Estate contemplated by the Agreement, as further detailed in the Stipulated Motion.

2. All other terms of the Receivership Order (ECF No. 45) shall remain in effect, including paragraph 5 (as to the termination of the Receivership upon the Sale of the Leasehold Estate), paragraph 6 (as to the Receiver's delivery of items to the Purchaser), and paragraph 8 (as to the Receiver's final report and accounting).

**IT IS SO ORDERED** this 24th day of June, 2024.

**THERE BEING NO JUST REASON FOR DELAY, LET JUDGMENT BE ENTERED ACCORDINGLY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b).**

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.